IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL HUGO,

    Plaintiff,

v.                                                      Civ. No. 21-305 GBW/CG

UNITED STATES OF AMERICA,

    Defendant.

## ORDER VACATING TRIAL SCHEDULING CONFERENCE

This matter comes before the Court upon a review of the record. During the parties' Rule 16 Scheduling Conference, they requested the Court to not enter a scheduling order until it had decided Defendant's motion to dismiss (*doc. 5*). *See doc. 18*. Accordingly, IT IS HEREBY ORDERED that the telephonic status conference set for **August 12, 2021, at 2:00 p.m.** is VACATED.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**